IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAL BENNETT,       Plaintiff | : : : | |
| | : | No. 1:22-cv-0354 |
| v. | : : | |
| | : | (Judge Rambo) |
| BRAD SHOEMAKER and MARK LUSK,       Defendants | : : : : | |

## ORDER

**AND NOW**, on this 11th day of August 2022, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 3) is **GRANTED**;

2. Plaintiff Jamal Bennett's complaint (Doc. No. 1-2 at 3-20) is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted;

3. Bennett's motion for preliminary injunctive relief (Doc. No. 11) is **DENIED**;

4. Bennett's motion for permissive joinder (Doc. No. 10) and motion for leave to amend (Doc. No. 12) are **GRANTED** *only to the extent* that Bennett may file an amended complaint in conformity with the Memorandum accompanying this Order on or before September 9, 2022; and

5. If no amended complaint is timely filed, the Court will CLOSE this case.

s/ Sylvia H. Rambo
United States District Judge