# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMAL BENNETT,** | : | |
|     Plaintiff | : | |
| | : | No. 1:22-cv-0354 |
| v. | : | |
| | : | (Judge Rambo) |
| **BRAD SHOEMAKER and** | : | |
| **MARK LUSK,** | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 23rd day of August 2023, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 30) is **GRANTED**; and

2. Plaintiff Jamal Bennett's amended complaint (Doc. No. 29) is **DISMISSED** with prejudice as to defendants Brad Shoemaker and Mark Lusk pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.

3. The Clerk of Court is directed to terminate defendants Shoemaker and Lusk.

                                            s/ Sylvia H. Rambo
                                          United States District Judge