IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAL BENNETT,<br>        **Plaintiff**<br><br>v.<br><br>**BRAD SHOEMAKER**, *et al.*,<br>        **Defendants** | No. 1:22-CV-0354<br><br>(Judge Munley) |

## ORDER

**AND NOW**, in light of Plaintiff's "response," (Doc. 54), in which he appears to assert that he is indigent and would like to proceed *in forma pauperis* (IFP) with the remaining claims in this case, (see id. at 2), and upon consideration of this court's March 27, 2024 Order, (Doc. 55), in which Plaintiff was given 21 days (or until April 17, 2024) to provide the court with a certified copy of his prisoner trust fund account statement for the preceding six months "establishing that he is indigent and able to proceed *in forma pauperis* under 28 U.S.C. § 1915," (id.), to which Plaintiff did not respond, and upon further consideration of this court's April 22, 2024 Order, (Doc. 56), giving Plaintiff 14 days (or until May 6, 2024) to "provide the court with a certified copy of his prisoner trust fund account statement for the preceding six months establishing that he is indigent and able to proceed *in forma pauperis* under 28 U.S.C. § 1915" and warning that failure to do so may result in denial of IFP, (id.), and the court finding that—to date—

Plaintiff has repeatedly failed to comply with its explicit orders and, despite repeated admonishment, continues to misunderstand that this court is the United States District Court for the Middle District of Pennsylvania and is not a Pennsylvania Court of Common Pleas, (see, e.g., Doc. 57 at 2 (alleging, incorrectly, that this court "has full access to the Clerk/Proth[onotary]-Docket Sheet," which appears to be a reference to the Prothonotary for the Court of Common Pleas of Lycoming County); Doc. 58 (providing a copy of Plaintiff's application for leave to proceed IFP in the Court of Common Pleas from August 8, 2023)), and the court additionally noting that it has independently requested a copy of Plaintiff's prisoner trust fund account statement from SCI Rockview and received no response, (see Doc. 60), **IT IS ORDERED THAT**:

1. Plaintiff shall, within **14 days** of the date of this Order, provide the court with a certified copy of his prisoner trust fund account statement for the preceding six months establishing that he is indigent and able to proceed *in forma pauperis* under 28 U.S.C. § 1915.

2. As this is the **fourth** such request for this information, failure to comply with today's Order may result in denial of leave to proceed IFP or possible dismissal of this case for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Date: 8/7/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

2