IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAL BENNETT, <br>     Plaintiff | No. 1:22-CV-0354 |
| | (Judge Munley) |
| v. | |
| BRAD SHOEMAKER, *et al.*, <br>     Defendants | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. 29) is **DISMISSED** without prejudice as to all remaining Defendants pursuant to Federal Rule of Civil Procedure 4(m).

2. The Clerk of Court is directed to CLOSE this case.

Date: 8/28/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court